[No. 33311-6-III.  Division Three.  February 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL RODRIGUEZ-FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 15-1-00019-9, John Hotchkiss, J., entered May 4, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33355-8-III.  Division Three.  February 23, 2017.]

*In the Matter of the Marriage of* MICHELLE L. CUMMINGS, *Respondent*, and DAVID A. CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-3-02021-0, Linda G. Tompkins, J., entered April 23, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 34144-5-III.  Division Three.  February 23, 2017.]

*In the Matter of the Parentage of* A.R.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-3-00276-3, Michael G. McCarthy, J., entered February 19, 2016. *Affirmed in part* and *reversed in part* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 72467-3-I.  Division One.  February 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANGELO A. SALOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05404-1, Regina S. Cahan, J., entered September 10, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Mann, J., concurred in by Cox and Schindler, JJ.